**Form 154A**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

7

In re:                                              Bankruptcy Case No.: 18−21827−GLT

                                                    Chapter: 13

**Paul R Castner**
   Debtor(s)

## NOTICE TO FILE PROOF OF CLAIM

NOTICE IS GIVEN THAT:

   Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **July 13, 2018**.

   Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

   The proof of claim form ("Official Form B410") can be obtained at the United States Courts Web site: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office. It may be filed by regular mail. If you wish to receive proof of its receipt by the bankruptcy court, enclose a photocopy of the proof of claim together with a stamped, self−addressed envelope or you may access the court's PACER system (www.pacer.psc.uscourts.gov) to view your filed proof of claim.

   There is no fee for filing the proof of claim.

   **Any creditor who has filed a proof of claim already need not file another proof of claim.**

   Governmental units must file their claims 180 days after the date of the order for relief or the date listed above, whichever is later.

**Address of the Bankruptcy Court**                            Michael R. Rhodes
  U.S. Bankruptcy Court                                   *Clerk, U.S. Bankruptcy Court*
  c/o CLAIMS CLERK
  5414 U.S Steel Tower
  600 Grant Street
  Pittsburgh, PA 15219

Dated: 5/7/18

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-21827-GLT
Paul R Castner                                                          Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2           User: admin              Page 1 of 1           Date Rcvd: May 07, 2018
                               Form ID: 154A            Total Noticed: 19

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 09, 2018.
db             +Paul R Castner,    243 Burch Dr.,    Coraopolis, PA 15108-3113
14827371       +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14827372       +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14827373       +Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
14827374       +Comenity Capital/mprc,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14827379       +First National Bank,    Attn: Tina,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
14827380       +Kay Jewelers,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14827375       +E-mail/Text: bankruptcy_notifications@ccsusa.com May 08 2018 01:50:38
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14827376       +E-mail/Text: ccusa@ccuhome.com May 08 2018 01:49:41      Credit Collections USA, LLC,
                 16 Distributor Drive,    Suite 1,    Morgantown, WV 26501-7209
14827377       +E-mail/Text: bankruptcy.bnc@ditech.com May 08 2018 01:49:49        Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14827378       +E-mail/Text: collectionbankruptcies.bancorp@53.com May 08 2018 01:50:28        Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,    Grand Rapids, MI 49546-8803
14827381       +E-mail/Text: key_bankruptcy_ebnc@keybank.com May 08 2018 01:50:19        Keybank Na,
                 4910 Tiedman Road,    Brooklyn, OH 44144-2338
14827382       +E-mail/Text: bnckohlsnotices@becket-lee.com May 08 2018 01:49:46        Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
14827678       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 08 2018 01:58:24
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14827383       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 01:58:30        Synchrony Bank/ Old Navy,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14827384       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 01:58:14        Synchrony Bank/Care Credit,
                 Attn:  Bankruptcy Dept,    Po Box 965061,    Orlando, FL 32896-5061
14827385       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 01:58:45        Synchrony Bank/Lowes,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14827386       +E-mail/PDF: gecsedi@recoverycorp.com May 08 2018 01:58:10        Synchrony Bank/Mens Wearhouse,
                 Attn:  Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14827387       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 08 2018 01:49:40
                 Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                 Weldon Springs, MO 63304-2225
                                                                                                TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                  TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 09, 2018                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 7, 2018 at the address(es) listed below:
          Louis R. Pomerico    on behalf of Debtor Paul R Castner info@pomericolaw.com,
           pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```