Certificate Number: 15111-PAW-DE-031152914

Bankruptcy Case Number: 18-21827



15111-PAW-DE-031152914

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 8, 2018, at 11:26 o'clock AM EDT, Paul Robert Castner completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 8, 2018

By:   /s/Maan Arriane Vendiola for Ryan McDonough

Name:   Ryan McDonough

Title:   Executive Director of Education