**Form RSC13**

# United States Bankruptcy Court

## WESTERN DISTRICT OF PENNSYLVANIA

**ORDER AND RESCHEDULED MEETING NOTICE**
NOTICE COMMENCEMENT OF CASE UNDER CHAPTER 13
OF THE BANKRUPTCY CODE
MEETING OF CREDITORS, AND FIXING OF DATES
**Case No. 18−21827−GLT**

In re: Debtor(s) (name(s) used by the debtor(s) in the last 6 years, including married, maiden, trade, and address):
   Paul R Castner
   243 Burch Dr.
   Coraopolis, PA 15108

Social Security No.:
   xxx−xx−8875

Employer's Tax I.D. No.:

| NAME/ADDRESS OF ATTORNEY FOR DEBTOR | NAME/ADDRESS OF TRUSTEE |
|---|---|
| Louis R. Pomerico<br>2910 Wilmington Road<br>New Castle, PA 16105<br>Telephone number: 724−658−7759 | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219<br>Telephone number: 412−471−5566 |
| DATE/TIME/LOCATION OF MEETING OF CREDITORS<br>July 30, 2018<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 | CONFIRMATION HEARING DATE/TIME/LOC<br>July 30, 2018<br>10:00 AM<br>3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 |

**ON AFFIDAVIT OF DEFAULT BY TRUSTEE, FAILURE OF THE DEBTOR(S) TO APPEAR AT THE MEETING OF CREDITORS WILL RESULT IN DISMISSAL OF THE CASE WITHOUT FURTHER NOTICE OR HEARING.**

Dated: 6/13/18

BY THE COURT

Gregory L. Taddonio
Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21827-GLT
Paul R Castner                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 2              Date Rcvd: Jun 13, 2018
                              Form ID: rsc13          Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 15, 2018.
```
db            +Paul R Castner,   243 Burch Dr.,   Coraopolis, PA 15108-3113
14827372      +Citibank/The Home Depot,   Centralized Bankruptcy,   Po Box 790034,   St Louis, MO 63179-0034
14827373      +Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
               Columbus, OH 43218-2125
14827374      +Comenity Capital/mprc,   Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14850589      +Fifth Third Bank,   PO Box 9013,   Addison, Texas 75001-9013
14827379      +First National Bank,   Attn: Tina,   1620 Dodge St Mailstop 4440,   Omaha, NE 68197-0002
14831643      +First National Bank of Omaha,   1620 Dodge Street, Stop code 3105,   Omaha, NE 68197-0002
14827380      +Kay Jewelers,   Attn: Bankruptcy,   Po Box 1799,   Akron, OH 44309-1799
14863528      +KeyBank, N.A. as SBM to First Niagara Bank, N.A.,   4910 Tiedeman Rd.,
               Brooklyn, OH 44144-2338
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:57:38      Pennsylvania Dept. of Revenue,
               Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
               Harrisburg, PA   17128-0946
cr            +E-mail/Text: kburkley@bernsteinlaw.com Jun 14 2018 01:58:52      Duquesne Light Company,
               c/o Bernstein-Burkley, P.C.,   707 Grant Street, Suite 2200, Gulf Tower,
               Pittsburgh, PA 15219-1945
14827371      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2018 02:03:18      Capital One,
               Attn: Bankruptcy,   Po Box 30285,   Salt Lake City, UT 84130-0285
14827373      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2018 01:57:24
               Comenity Bank/Victoria Secret,   Attn: Bankruptcy Dept,   Po Box 182125,
               Columbus, OH 43218-2125
14827374      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2018 01:57:24      Comenity Capital/mprc,
               Attn: Bankruptcy Dept,   Po Box 182125,   Columbus, OH 43218-2125
14827375      +E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 14 2018 01:59:05
               Credit Collections Services,   Attention: Bankruptcy,   725 Canton Street,
               Norwood, MA 02062-2679
14827376      +E-mail/Text: ccusa@ccuhome.com Jun 14 2018 01:57:06      Credit Collections USA, LLC,
               16 Distributor Drive,   Suite 1,   Morgantown, WV 26501-7209
14827377      +E-mail/Text: bankruptcy.bnc@ditech.com Jun 14 2018 01:57:20      Ditech,   Attn: Bankruptcy,
               Po Box 6172,   Rapid City, SD 57709-6172
14827378      +E-mail/Text: collectionbankruptcies.bancorp@53.com Jun 14 2018 01:58:43      Fifth Third Bank,
               Attn: Bankruptcy Department,   1830 E Paris Ave Se,   Grand Rapids, MI 49546-8803
14827381      +E-mail/Text: key_bankruptcy_ebnc@keybank.com Jun 14 2018 01:58:29      Keybank Na,
               4910 Tiedman Road,   Brooklyn, OH 44144-2338
14827382      +E-mail/Text: bnckohlsnotices@becket-lee.com Jun 14 2018 01:57:14      Kohls/Capital One,
               Kohls Credit,   Po Box 3120,   Milwaukee, WI 53201-3120
14827678      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 02:02:41
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
14827383      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:56      Synchrony Bank/ Old Navy,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14827384      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:03:16      Synchrony Bank/Care Credit,
               Attn: Bankruptcy Dept,   Po Box 965061,   Orlando, FL 32896-5061
14827385      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:36      Synchrony Bank/Lowes,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14827386      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2018 02:02:36      Synchrony Bank/Mens Wearhouse,
               Attn: Bankruptcy Dept,   Po Box 965060,   Orlando, FL 32896-5060
14827387      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Jun 14 2018 01:57:02
               Verizon,   Verizon Wireless Bk Admin,   500 Technology Dr Ste 550,
               Weldon Springs, MO 63304-2225
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr*            +PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: mgut              Page 2 of 2            Date Rcvd: Jun 13, 2018
                              Form ID: rsc13          Total Noticed: 24
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
               DMcKay@bernsteinlaw.com
              Louis R. Pomerico    on behalf of Debtor Paul R Castner info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 5
```