FILED
5/8/19 2:59 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :    Case No.:    18-21827-GLT
                                                 :    Chapter:     13
Paul R Castner                                   :
                                                 :
                                                 :    Date:        5/8/2019
                       *Debtor(s).*              :    Time:        09:00

## PROCEEDING MEMO

*MATTER:*      #38 - Motion for Relief from Stay Filed by KeyBank N.A.
                     #41 - Response filed by Debtor

*APPEARANCES:*

            Trustee:      Jana Pail
            KeyBank:     Brian Langford

*NOTES:*

Langford: I spoke with opposing counsel and we worked out a stipulation where the debtor can retain the vehicle. The plan proposes to pay the vehicle outside the plan. There is no co-debtor on the note but it is being driven by a child who is supposed to be paying on it. We have received no payments thus far. We do not have a consensual resolution at present.

*OUTCOME:*

1. The Motion for Relief [Dkt. No. 38] is granted (O/E).

**DATED:** 5/8/2019