FILED
5/8/19 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

WWR # 040081440

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>PAUL R CASTNER<br>　　　　Debtor<br><br>KEYBANK, N.A.<br>　　　　Movant<br><br>　　　　v.<br>PAUL R CASTNER, DEBTOR<br>RONDA J. WINNECOUR, TRUSTEE<br>　　　　Respondents | Bankruptcy No. 18-21827-GLT<br><br>Chapter 13<br><br>Related to Docket No. 38 |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this **8th** day of **May**, 2019, in said District, upon the Motion of KeyBank N.A. for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that KeyBank N.A., Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2015 Chrysler Town & Country VIN:2C4RC1BGOFR571551; that the Movant has not been adequately protected; that the Debtor has no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that KeyBank N.A. be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____
Honorable Gregory L. Taddonio
United States Bankruptcy Judge

Brian Langford
PA I.D. #324884
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
412-338-7102

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 18-21827-GLT
Paul R Castner                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: mgut              Page 1 of 1           Date Rcvd: May 08, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 10, 2019.
db              +Paul R Castner,    243 Burch Dr.,    Coraopolis, PA 15108-3113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2019                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 8, 2019 at the address(es) listed below:
              Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Louis R. Pomerico    on behalf of Debtor Paul R Castner info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6