Form 213

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Paul R Castner**
  Debtor(s)

Bankruptcy Case No.: 18−21827−GLT
Related to Docket No. 48
Chapter: 13
Docket No.: 49 − 48
Concil. Conf.: May 14, 2020 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **March 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **April 12, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **May 14, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: February 13, 2020

cm: All Creditors and Parties In Interest

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

> Ronda J. Winnecour, Trustee
> P.O. Box 84051
> Chicago, IL 60689−4002

```
                              United States Bankruptcy Court
                              Western District of Pennsylvania
In re:                                                                 Case No. 18-21827-GLT
Paul R Castner                                                         Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: dbas              Page 1 of 2               Date Rcvd: Feb 13, 2020
                              Form ID: 213            Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 15, 2020.
db             +Paul R Castner,    243 Burch Dr.,    Coraopolis, PA 15108-3113
cr             +NewRez LLC d/b/a Shellpoint Mortgage Servicing,    NewRez LLC DBA Shellpoint Mortgage Servi,
                 P.O. Box 10826,    GREENVILLE, SC 29603-0826
14870779        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,   Malvern PA 19355-0701
14827372       +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,   St Louis, MO 63179-0034
14850589       +Fifth Third Bank,    PO Box 9013,   Addison, Texas 75001-9013
14827379       +First National Bank,    Attn: Tina,   1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
14863528       +KeyBank, N.A. as SBM to First Niagara Bank, N.A.,    4910 Tiedeman Rd.,
                 Brooklyn, OH 44144-2338
14831643      ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,     1620 Dodge Street, Stop code 3105,
                 Omaha, NE 68197)
14904723        Shellpoint Mortgage Servicing,    P.O. Box 10675,   Greenville, SC  29603-0675

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14878727        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 03:25:14
                 CVI SGP-CO Acquisition Trust C/O Resurgent Capital,    P.O. Box 10675,
                 Greenville, SC 29603-0675
14827371       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Feb 14 2020 03:24:14     Capital One,
                 Attn: Bankruptcy,    Po Box 30285,   Salt Lake City, UT 84130-0285
14827373       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2020 03:14:07
                 Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,    Po Box 182125,
                 Columbus, OH 43218-2125
14827374       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2020 03:14:07     Comenity Capital/mprc,
                 Attn: Bankruptcy Dept,    Po Box 182125,   Columbus, OH 43218-2125
14827375       +E-mail/Text: bankruptcy_notifications@ccsusa.com Feb 14 2020 03:15:10
                 Credit Collections Services,    Attention: Bankruptcy,    725 Canton Street,
                 Norwood, MA 02062-2679
14827376       +E-mail/Text: ccusa@ccuhome.com Feb 14 2020 03:13:00     Credit Collections USA, LLC,
                 16 Distributor Drive,    Suite 1,   Morgantown, WV 26501-7209
14827377       +E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2020 03:14:05     Ditech,   Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
14880435        E-mail/Text: bankruptcy.bnc@ditech.com Feb 14 2020 03:14:05     Ditech Financial LLC,
                 P.O. Box 6154,    Rapid City, SD 57709-6154
14879687       +E-mail/Text: kburkley@bernsteinlaw.com Feb 14 2020 03:15:00     Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
14827378       +E-mail/Text: collectionbankruptcies.bancorp@53.com Feb 14 2020 03:14:53     Fifth Third Bank,
                 Attn: Bankruptcy Department,    1830 E Paris Ave Se,   Grand Rapids, MI 49546-8803
14827380       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Feb 14 2020 03:14:07     Kay Jewelers,
                 Attn: Bankruptcy,    Po Box 1799,   Akron, OH 44309-1799
14827381       +E-mail/Text: key_bankruptcy_ebnc@keybank.com Feb 14 2020 03:14:40     Keybank Na,
                 4910 Tiedman Road,    Brooklyn, OH 44144-2338
14827382       +E-mail/Text: bncnotices@becket-lee.com Feb 14 2020 03:14:00     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,   Milwaukee, WI 53201-3120
14879696        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 14 2020 03:24:22
                 LVNV Funding, LLC its successors and assigns as,    assignee of NCOP Capital III, LLC,
                 Resurgent Capital Services,    PO Box 10587,   Greenville, SC 29603-0587
14875078       +E-mail/Text: bankruptcydpt@mcmcg.com Feb 14 2020 03:14:26     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
14879668        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 03:24:17
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14827678       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Feb 14 2020 03:24:17
                 PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
14870318        E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2020 03:14:11
                 Quantum3 Group LLC as agent for,    MOMA Trust LLC,   PO Box 788,   Kirkland, WA 98083-0788
14876243        E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2020 03:14:11
                 Quantum3 Group LLC as agent for,    Comenity Bank,   PO Box 788,   Kirkland, WA 98083-0788
14869323        E-mail/Text: bnc-quantum@quantum3group.com Feb 14 2020 03:14:11
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
14880377       +E-mail/Text: bncmail@w-legal.com Feb 14 2020 03:14:39     SYNCHRONY BANK / Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
14879666       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:52     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk VA 23541-1021
14827383       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:56     Synchrony Bank/ Old Navy,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14827384       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:52     Synchrony Bank/Care Credit,
                 Attn: Bankruptcy Dept,    Po Box 965061,   Orlando, FL 32896-5061
14827385       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:24:57     Synchrony Bank/Lowes,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
14827386       +E-mail/PDF: gecsedi@recoverycorp.com Feb 14 2020 03:25:00     Synchrony Bank/Mens Wearhouse,
                 Attn: Bankruptcy Dept,    Po Box 965060,   Orlando, FL 32896-5060
```

```
District/off: 0315-2           User: dbas                Page 2 of 2                  Date Rcvd: Feb 13, 2020
                               Form ID: 213              Total Noticed: 37
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
14827387        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Feb 14 2020 03:12:56
                  Verizon,    Verizon Wireless Bk Admin,    500 Technology Dr Ste 550,
                  Weldon Springs, MO 63304-2225
14873413         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 14 2020 03:26:26      Verizon,
                  by American InfoSource LP as agent,    PO Box 248838,    Oklahoma City, OK  73124-8838
                                                                                                 TOTAL: 28

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              DITECH FINANCIAL LLC
cr              KeyBank, N.A.
cr*            +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                  707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
cr*             Shellpoint Mortgage Servicing,   P.O. Box 10675,   Greenville, SC  29603-0675
                                                                                 TOTALS: 2, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 15, 2020                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 13, 2020 at the address(es) listed below:
```
              Brian Thomas Langford    on behalf of Creditor    KeyBank, N.A. PitEcf@weltman.com,
               PitEcf@weltman.com
              James Warmbrodt     on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Louis R. Pomerico    on behalf of Debtor Paul R Castner info@pomericolaw.com,
               pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                        TOTAL: 6
```