Case 18-21827-GLT    Doc 55    Filed 05/18/20    Entered 05/18/20 13:59:59    Desc Main
Document    Page 1 of 1

FILED
5/18/20 12:20 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

## Conciliation Conference:

**Debtor:** PAUL R CASTNER
**Case Number:** 18-21827-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, MAY 14, 2020 09:00 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

## Matter:

#48 - Trustee's Certificate of Default to Dismiss
#52 - Response filed by Debtor
R / M #: 48 / 0

## Appearances:

Debtor:
Trustee: (Winnecour) / Pail / Katz / DeSimone
Creditor:

## Proceedings:

Outcome: **Continued**

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ✓ Plan/Motion continued to **6-4-20** at **9:30 A.M.**
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other: