FILED
6/8/20 10:04 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** PAUL R CASTNER
- **Case Number:** 18-21827-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, JUNE 04, 2020 09:30 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#48 - Continued Trustee's Certificate of Default o Dismiss
#52 - Response filed by Debtor
R / M #: 48 / 0

**Appearances:**

- Debtor: Pomerico
- Trustee: Winnecour / Pail / Katz / (DeSimone)
- Creditor:

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____, effective ____.
7. ____ Plan/Motion continued to ____ at ____.
8. ✓ An Amended Plan is to be served on all creditors and certificate of service filed by **7-10-20**.
   Objections are due on or before **7-24-20**.
   A hearing on the Amended Plan is set for **8-6-20** at **2:00**.
9. ____ Contested Hearing: ____ at ____.
10. ✓ Other:

Debtor may wish to extend term under CARES Act.

5/20/2020  12:01:36PM