**Form 150**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:                                    Bankruptcy Case No.: 18–21827–GLT
                                          Issued Per 6/4/2020 Proceeding
                                          Chapter: 13
                                          Docket No.: 56 – 48
                                          Conciliation Conference Date: 8/6/20 at 02:00 PM

**Paul R Castner**
    Debtor(s)

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that

on the _____ day of _____, _____, I served a copy of the within *Order* together with the *Amended Plan* filed in this proceeding, by (describe the mode of service):




on the respondent(s) at (list names and addresses here):




Executed on _____        _____
              (Date)                              (Signature)

_____
(Type Name and Mailing Address of Person Who Made Service)

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Paul R Castner  
   Debtor

Case No. 18-21827-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2   User: dbas   Page 1 of 1   Date Rcvd: Jun 08, 2020  
        Form ID: 150   Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2020.  
db     +Paul R Castner,   243 Burch Dr.,   Coraopolis, PA 15108-3113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                 TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2020                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2020 at the address(es) listed below:  
     Garry Alan Masterson   on behalf of Creditor   KeyBank, N.A. pitecf@weltman.com  
     James Warmbrodt   on behalf of Creditor   DITECH FINANCIAL LLC bkgroup@kmllawgroup.com  
     Keri P. Ebeck   on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,  
      jbluemle@bernsteinlaw.com  
     Louis R. Pomerico   on behalf of Debtor Paul R Castner info@pomericolaw.com,  
      pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com  
     Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov  
     Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com  
                                  TOTAL: 6