FILED
8/18/20 10:22 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| PAUL R. CASTNER | : | CHAPTER 13 |
| | : | |
| DEBTORS, | : | CASE NO. 18-21827 |
| | : | |
| PAUL R. CASTNER, | : | W-O 2 |
| | : | |
| MOVANT, | : | DOCUMENT NO. 65 |
| | : | |
| AETNA RESOURCE, LLC | : | |
| | : | |
| RESPONDENT. | : | |
| | : | |
| SSN xxx-xx-8875 | : | |

## ORDER TO PAY TRUSTEE PURSUANT
## TO WAGE ATTACHMENT ORDER OF COURT

The above named Debtors(s) having filed a Chapter 13 Petition dated May 4, 2018, and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from which PAUL R. CASTNER, the Debtor, receives income:

**Aetna Resource, LLC, 151 Farmington Avenue, Hartford, CT  06156**

shall deduct from said income the sum of $907.85 **bi-weekly ($1967.00 monthly)** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor received a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS TO:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D.PA
> P.O. Box 84051
> Chicago, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated the the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ATTACHMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this Order supersedes previous Order made to the above named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and Order of this Court.

DATED this __18th Day of August                              __, 2020.

_____
United States Bankruptcy Judge                    drb

cc:    Debtor
       Louis Pomerico, Attorney for Debtor
       Ronda J. Winnecour, Trustee


IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Paul R Castner
       Debtor

Case No. 18-21827-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: mgut        Page 1 of 1         Date Rcvd: Aug 18, 2020
                  Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2020.
db              +Paul R Castner,    243 Burch Dr.,    Coraopolis, PA 15108-3113

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                     TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2020 at the address(es) listed below:
       Garry Alan Masterson   on behalf of Creditor    KeyBank, N.A. pitecf@weltman.com
       James Warmbrodt   on behalf of Creditor    DITECH FINANCIAL LLC bkgroup@kmllawgroup.com
       Keri P. Ebeck   on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
       jbluemle@bernsteinlaw.com
       Louis R. Pomerico   on behalf of Debtor Paul R Castner info@pomericolaw.com,
       pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com
       Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
       Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
                                                      TOTAL: 6