FILED
6/2/21 9:12 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: : | |
| : | |
| PAUL R. CASTNER, : | |
| : | CASE NO. 18-21827 |
| DEBTOR, : | |
| : | CHAPTER 13 |
| PAUL R. CASTNER, : | |
| : | WO-3 |
| MOVANT : | DOC. NO. 76 |
| : | |
| AETNA RESOURCE, LLC : | Related to Docket No. 76 |
| : | |
| RESPONDENT. : | |
| : | |
| SSN: XXX-XX-8875 : | |

**ORDER TO TERMINATE WAGE ATACHMENT ORDER
FILED DECEMBER 30, 2020, AS DOCUMENT NO. 72**

**IT IS THEREFORE ORDERED** to terminate the Wage Attachment Order of Aetna Resource, LLC dated December 30, 2020 (Document No. 72).

DATED this __2nd Day of June                     _____, 2021.

_____
United States Bankruptcy Judge

cc:  Debtor
     Louis Pomerico, Atty. For Debtors
     Rhonda J. Winnecour

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21827-GLT |
| Paul R Castner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: mgut | Page 1 of 2 |
| Date Rcvd: Jun 02, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul R Castner, 243 Burch Dr., Coraopolis, PA 15108-3113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 04, 2021              Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor KeyBank N.A. pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Louis R. Pomerico | on behalf of Debtor Paul R Castner info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

District/off: 0315-2 User: mgut Page 2 of 2
Date Rcvd: Jun 02, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6