FILED
6/8/21 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| PAUL R. CASTNER | : CHAPTER 13 |
| DEBTORS, | : CASE NO. 18-21827 |
| PAUL R. CASTNER, | : W-O 4 |
| MOVANT, | : DOCUMENT NO. 79 |
| KINGDOM INSURANCE GROUP, | : |
| RESPONDENT. | : |
| SSN xxx-xx-8875 | : |

## ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT ORDER OF COURT

The above named Debtors(s) having filed a Chapter 13 Petition dated May 4, 2018, and Debtor or Trustee having moved to attach wages to fund the Chapter 13 Plan

IT IS THEREFORE ORDERED that until further Order of this Court, the entity from which PAUL R. CASTNER, the Debtor, receives income:

**Kingdom Insurance Group, 515 N. Broad Street, Thomasville, Georgia  31792**

shall deduct from said income the sum of $336.92 **weekly ($1,460.00 monthly)** beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor received a periodic or lump sum payment as a result of vacation, termination or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, and shall remit the deducted sums ON AT LEAST A MONTHLY BASIS TO:

> Ronda J. Winnecour
> Chapter 13 Trustee, W.D.PA
> P.O. Box 84051
> Chicago, IL  60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor's income is terminated the reason therefore.

IT IS FURTHER ORDERED that all remaining income of the Debtor, except the amount required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ATTACHMENT, CREDIT UNION OR OTHER PURPOSE NOT SPECIFICALLY AUTHORIZED BY THIS COURT BE MADE FROM THE INCOME OF DEBTOR WITH THE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this Order supersedes previous Order made to the above named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and Order of this Court.

DATED this __8th Day of June_____, 2021.

_____
United States Bankruptcy Judge

cc:   Debtor
      Louis Pomerico, Attorney for Debtor
      Ronda J. Winnecour, Trustee

IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin.  The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed.  Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing.  Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 18-21827-GLT
Paul R Castner  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: mgut      Page 1 of 2
Date Rcvd: Jun 08, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2021:**

**Recip ID    Recipient Name and Address**
db    + Paul R Castner, 243 Burch Dr., Coraopolis, PA 15108-3113

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2021 at the address(es) listed below:**

**Name    Email Address**

Brian Nicholas
    on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com

Garry Alan Masterson
    on behalf of Creditor KeyBank N.A. pitecf@weltman.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com

Louis R. Pomerico
    on behalf of Debtor Paul R Castner info@pomericolaw.com
    pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-2　　　　　　　　　　　　　　User: mgut　　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Jun 08, 2021　　　　　　　　　　　　Form ID: pdf900　　　　　　　　　　　　Total Noticed: 1
TOTAL: 6