FILED
8/29/22 10:02 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No. 18-21827-GLT |
| Paul R. Castner, | : | |
| | : | Chapter 13 |
| *Debtor(s).* | : | |
| | : | |
| | : | |
| Ronda J. WInnecour, Trustee, | : | |
| | : | Related to: Dkt. No(s). 83 & 90 |
| *Movant(s),* | : | |
| | : | |
| v. | : | |
| | : | |
| Paul R. Castner, | : | |
| | : | Hearing: September 14, 2022 at 2:30 PM |
| *Respondent(s).* | : | Response: September 7, 2022 |
| | : | |

## ORDER TO SHOW CAUSE
## AGAINST PAUL R. CASTNER

This matter came before the Court upon the *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. No. 83]. The Court issued an *order* [Dkt. No. 90] requiring the Debtor to file a proposed order resolving the *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. 83] by August 23, 2022 per the conciliation conference held on August 4, 2022. As of the date of this *Order to Show Cause*, a proposed order resolving the *Trustee's Certificate of Default* [Dkt. No. 83] has not been filed.

For the reasons stated on the record, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that:

1.      A hearing is set for September 14, 2022 at 2:30 PM in Courtroom A, 54th Fl., U.S. Steel Tower, 600 Grant St., Pittsburgh, Pa. 15219 at which the Debtor shall personally appear to show cause why the Court should not hold the Debtor in contempt for his failure to

comply with the order [Dkt. No. 90]. The Court will also consider whether sanctions may be appropriate, including but not limited to (a) a monetary sanction of $500; (b) continuing sanctions of $100 per day; and (c) the suspension of CM/ECF filing privileges for the Debtor until all necessary corrective action has been undertaken and the Debtor purges itself of its contempt.

2.      On or before **September 7, 2022**, the Debtor may file any response.

3.      If all necessary corrective action is taken on or before September 7, 2022, the Court may consider withdrawing this *Order to Show Cause*.

Dated: August 29, 2022

GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case administrator to mail to:
Paule R. Castner
Louis R. Poemerico, Esq.
Ronda J. Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                  Case No. 18-21827-GLT

Paul R Castner                                                                                     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Aug 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul R Castner, 243 Burch Dr., Coraopolis, PA 15108-3113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2022                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | |
| | on behalf of Creditor KeyBank  N.A. pitecf@weltman.com |
| Keri P. Ebeck | |
| | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Louis R. Pomerico | |
| | on behalf of Debtor Paul R Castner info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

cmecf@chapter13trusteewdpa.com

TOTAL: 6