UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| PAUL R. CASTNER, | : |
| | : CASE NO. 18-21827-GLT |
| DEBTOR, | : |
| | : CHAPTER 13 |
| RONDA J. WINNECOUR, CHAPTER 13 | : |
| TRUSTEE, | : DOCUMENT NO. 96 |
| | : |
| MOVANT, | : RELATED TO DOC. NO. 94 |
| | : |
| VS. | : |
| | : |
| PAUL R. CASTNER | : |
| | : |
| RESPONDENTS | : |

## CERTIFICATE OF SERVICE

I hereby certify that under penalty of perjury that I am, and at all times hereinafter mentioned was more than 18 years of age and that on or about September 6, 2022, I served a copy of the Response to Rule to Show Cause and the Amended Plan to all creditors listed on the Mailing Matrix and electronically to the Trustee(s), listed below.

Office of the United States Trustee
cmecf@chapter13trustee.wdpa.com

Ronda J. Winnecour, Chapter 13 Trustee
Ustpregion03.pi.ecf@usdoj.gov

_Dated:  September 7, 2022_            _/s/ Louis Pomerico, Esquire_
                                       Louis Pomerico, Esquire
                                       PA. I.D. NO. 22855
                                       Attorney for Debtor
                                       2910 Wilmington Road
                                       New Castle, PA   16105
                                       (724) 658-7759
                                       info@pomericolaw.com