FILED
9/8/22 9:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: Paul Castner    )
    )    Case No. 18-21827-GLT
    )
    )    Chapter 13
    Debtor(s).    )
    X    Related to 95

## STIPULATED ORDER MODIFYING PLAN

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☒    a motion to dismiss case or certificate of default requesting dismissal

☐    a plan modification sought by: _____

☐    a motion to lift stay
    as to creditor _____

☐    Other: _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☐ Chapter 13 Plan dated _____
☒ Amended Chapter 13 Plan dated ____7/6/20_____

is modified as follows:

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

☒    Debtor(s) Plan payments shall be changed from $ 1,967 to $2,132 per month, effective 8/22; and/or the Plan term shall be changed from ___ months to ___ months.

☐    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

☐   Debtor(s) shall file and serve _____ on or before _____.

☐   If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

☐   If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

☒   Other:
- Trustee's Certificate of Default (at Doc 83) is treated as resolved by this Order.
- Debtor shall file an amended Sch I and J within 30 days to reflect new employment income.
- The secured claim(s) of New Penn Financial CL. #17 shall govern, and then following all allowed post-petition payment change notices filed of record through 8/22. Local Rule(s) 3002-4 and 3002-5 for any PCN and PPFNs filed after the indicated date remains in effect.

**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.

*[Remainder of Page Intentionally Left Blank]*

SO ORDERED, this 8th Day of September, 2022

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Stipulated by: /s/ [signature]

Counsel to Debtor

Stipulated by:

/s/ Owen W. Katz
Counsel to Chapter 13 Trustee

Stipulated by:

_____
Counsel to affected creditor

cc:  All Parties in Interest to be served by Clerk

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                                  Case No. 18-21827-GLT

Paul R Castner                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                                      User: auto                                    Page 1 of 3

Date Rcvd: Sep 08, 2022                             Form ID: pdf900                           Total Noticed: 37

The following symbols are used throughout this certificate:
**Symbol     Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 10, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul R Castner, 243 Burch Dr., Coraopolis, PA 15108-3113 |
| 14827377 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14880435 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14863528 | + | KeyBank, N.A. as SBM to First Niagara Bank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2022 23:41:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| 14878727 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 23:42:23 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14827371 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 08 2022 23:42:34 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14870779 | | Email/PDF: bncnotices@becket-lee.com | Sep 08 2022 23:42:08 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14827372 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 08 2022 23:42:09 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14827373 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 23:41:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14827374 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 23:41:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14827375 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 08 2022 23:41:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14827376 | + | Email/Text: ccusa@ccuhome.com | Sep 08 2022 23:41:00 | Credit Collections USA, LLC, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14879687 | + | Email/Text: kburkley@bernsteinlaw.com | Sep 08 2022 23:41:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14827379 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 08 2022 23:41:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14831643 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 08 2022 23:41:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14850589 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Sep 08 2022 23:41:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14827378 | | Email/Text: collectionbankruptcies.bancorp@53.com | | |

District/off: 0315-2 | User: auto | Page 2 of 3
Date Rcvd: Sep 08, 2022 | Form ID: pdf900 | Total Noticed: 37

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Sep 08 2022 23:41:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14827380 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 08 2022 23:41:00 | Kay Jewelers, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14827381 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 08 2022 23:41:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14827382 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 08 2022 23:41:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14879696 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 08 2022 23:42:24 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Capital III, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875078 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 08 2022 23:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14879668 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 08 2022 23:42:08 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827678 | + | Email/PDF: rmscedi@recoverycorp.com | Sep 08 2022 23:42:36 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14869323 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14876243 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 23:41:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14870318 | | Email/Text: bnc-quantum@quantum3group.com | Sep 08 2022 23:41:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14880377 | + | Email/Text: bncmail@w-legal.com | Sep 08 2022 23:41:00 | SYNCHRONY BANK / Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14904723 | | Email/Text: mtgbk@shellpointmtg.com | Sep 08 2022 23:41:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14879666 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 23:42:21 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14827383 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 23:42:21 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14827384 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 23:42:21 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14827385 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 23:42:23 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14827386 | + | Email/PDF: gecsedi@recoverycorp.com | Sep 08 2022 23:42:22 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14827387 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 08 2022 23:41:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14873413 | | Email/PDF: ebn_ais@aisinfo.com | Sep 08 2022 23:42:22 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 33

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | KeyBank, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2022      Signature:   /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 8, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor KeyBank  N.A. pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| Louis R. Pomerico | on behalf of Debtor Paul R Castner info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6