# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| PAUL R. CASTNER, : | |
| : | CASE NO. 18-21827 |
| DEBTOR, : | |
| : | CHAPTER 13 |
| RONDA J. WINNECOUR, CHAPTER 13 : | |
| TRUSTEE, : | DOCUMENT NO. 104 |
| : | |
| MOVANT, : | RELATED TO DOC NO. 102 |
| : | |
| VS. : | |
| : | |
| PAUL R. CASTNER : | |
| : | |
| RESPONDENTS. : | |

## RESPONSE TO TRUSTEE'S MOTION TO DISMISS

**AND NOW COMES PAUL R. CASTNER**, the Debtor in the above Chapter 13 case, by and through his attorney, Louis Pomerico, and files this Response to Trustee's Motion to Dismiss and in support thereof avers as follows:

1. Debtor's Chapter 13 Plan is in arrears in the amount of $10,495.00 as of the date Trustee filed her Motion to Dismiss.

2. Debtor is awaiting receipt of guaranteed funds in the amount of $15,000.00 in approximately 45 days.

3. At such time as Debtor receives the funds, the entire amount of $15,000.00 will be paid to the Plan.

4. For the remainder of the Plan, Debtor will pay the sum of $2,132.00 as his Plan payment.

5. At the remainder of his Chapter 13 Plan, the Debtor will pay the remainder of all arrearages, if any, at that time.

**WHEREFORE,** Debtor, Paul L. Castner, respectfully requests the Trustee not to dismiss this case, but allow the Debtor to cure the default without amending the Plan.

*Dated:  January 23, 2023*                              */s/ Louis Pomerico, Esquire*
                                                        Louis Pomerico, Esquire
                                                        PA. I.D. NO. 22855
                                                        Attorney for Debtor
                                                        2910 Wilmington Road
                                                        New Castle, PA  16105
                                                        (724) 658-7759
                                                        info@pomericolaw.com