**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

02/28/2023

| | |
|---|---|
| IN RE:<br><br>PAUL R CASTNER<br>243 BURCH DR.<br>CORAOPOLIS,  PA  15108<br>XXX-XX-8875          Debtor(s) | Case No.18-21827 GLT<br><br>Chapter 13 |

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

   NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

   This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case.  This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders.  Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

   This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan.  Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

   The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed.  Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee.  To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay  100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

2/28/2023

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 1  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MENS WAREHOUSE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: 8953 |
| **BRIAN C NICHOLAS ESQ**<br>KML LAW GROUP PC<br>701 MARKET ST STE 5000<br>PHILADELPHIA, PA 19106 | Trustee Claim Number: 2  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DITECH/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **KERI P EBECK ESQ**<br>BERNSTEIN BURKLEY<br>601 GRANT ST 9TH FL<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 3  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **NEW PENN FINANCIAL LLC D/B/A SHELLPOINT**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br>GREENVILLE, SC 29603-0826 | Trustee Claim Number: 4  INT %: 0.00%<br>Court Claim Number: 17<br>CLAIM: 0.00<br>COMMENT: CL17GOV W NMPC*$1184/PL*$1,216.62X(84+2)=LMT*BGN 6/18*FR DITECH-DOC 32 | CRED DESC: MORTGAGE REGULAR PAYMEN<br>ACCOUNT NO.: 7026 |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI 49546 | Trustee Claim Number: 5  INT %: 0.00%<br>Court Claim Number: 2<br>CLAIM: 6,889.08<br>COMMENT: 13,982.44/CL*CL2GOV@PIF*212/PL@LTCD*ttld/dtr atty | CRED DESC: VEHICLE<br>ACCOUNT NO.: 3782 |
| **KEYBANK NA S/B/M FIRST NIAGARA BANK NA**<br>PO BOX 94968<br>CLEVELAND, OH 44101 | Trustee Claim Number: 6  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: RS/OE*OUTSIDE/PL*CL= 17,399.10*DK | CRED DESC: VEHICLE<br>ACCOUNT NO.: 7842 |
| **MIDLAND FUNDING LLC**<br>C/O MIDLAND CREDIT MANAGEMENT INC - AGE<br>PO BOX 2011<br>WARREN, MI 48090 | Trustee Claim Number: 7  INT %: 0.00%<br>Court Claim Number: 8<br>CLAIM: 2,976.79<br>COMMENT: CAPITAL ONE | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2037 |
| **LVNV FUNDING LLC, ASSIGNEE**<br>C/O RESURGENT CAPITAL SVCS<br>POB 10587<br>GREENVILLE, SC 29603-0587 | Trustee Claim Number: 8  INT %: 0.00%<br>Court Claim Number: 15<br>CLAIM: 1,087.06<br>COMMENT: X9693/SCH*NCOP CAPITAL III/CAPITAL ONE*STALE*DK | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1534 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 9  INT %: 0.00%<br>Court Claim Number: 12<br>CLAIM: 2,563.63<br>COMMENT: CITIBANK*THD | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 7924 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 10  INT %: 0.00%<br>Court Claim Number: 9<br>CLAIM: 1,609.67<br>COMMENT: VICTORIA'S SECRET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4556 |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account | Claim / Comment |
|---|---|---|---|
| **QUANTUM3 GROUP LLC - AGENT MOMA TRUST**<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number: 5 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1331 | CLAIM: 1,248.99<br>COMMENT: COMMENITY CAPITAL BANK*MY PLACE REWARDS |
| **CREDIT COLLECTION SERVICES**<br>725 CANTON ST<br>NORWOOD, MA 02062 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0430 | CLAIM: 0.00<br>COMMENT: PROGRESSIVE/SCH |
| **CREDIT COLLECTIONS USA**<br>16 DISTRIBUTOR DRIVE<br>STE 1<br>MORGANTOWN, PA 26501-7209 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3501 | CLAIM: 0.00<br>COMMENT: CAMPBELL PHILBIN MDCL ASSOC/SCH |
| **FIRST NATIONAL BANK OF OMAHA(*)**<br>1620 DODGE ST STOP 3106*<br>OMAHA, NE 68197-3106 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number: 1 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8000 | CLAIM: 2,483.40<br>COMMENT: X9109/SCH |
| **CVI SGP-CO ACQUISITION TRUST**<br>C/O RESURGENT CAPITAL SERVICES<br>PO BOX 10675<br>GREENVILLE, SC 29603-0675 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number: 10 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1676 | CLAIM: 204.91<br>COMMENT: STERLING JEWELERS |
| **CAPITAL ONE NA****<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN, PA 19355-0701 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number: 6 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2178 | CLAIM: 549.05<br>COMMENT: KOHLS |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 11 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3982 | CLAIM: 518.36<br>COMMENT: OLD NAVY*GEMB |
| **PRA/PORTFOLIO RECOVERY ASSOC**<br>POB 12914<br>NORFOLK, VA 23541 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number: 18 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0594 | CLAIM: 2,256.60<br>COMMENT: SYNCHRONY*CARE CREDIT |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br>NORFOLK, VA 23541 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number: 13 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 4896 | CLAIM: 1,609.65<br>COMMENT: LOWES*GEMB |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA 23541 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8953 | CLAIM: 0.00<br>COMMENT: NT ADR~MENS WAREHOUSE/SCH |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE LP - AGE**<br>PO BOX 248838<br><br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  379.41<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0001 |
| **NEW PENN FINANCIAL LLC D/B/A SHELLPOINT**<br>C/O SHELLPOINT MORTGAGE SERVICING<br>PO BOX 10826<br><br>GREENVILLE, SC  29603-0826 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  21,495.64<br>COMMENT:  CL17GOV*$20K/PL*THRU 5/18*FR DITECH-DOC 32 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  7026 |
| **QUANTUM3 GROUP LLC AGNT - MOMA FUNDING**<br>PO BOX 788<br><br>KIRKLAND, WA  98083-0788 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  309.88<br>COMMENT:  NT/SCH*SYNCHRONY*DICK'S SPORTING GOODS | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6033 |
| **DUQUESNE LIGHT COMPANY(*)**<br>ATTN. LITIGATION COUNSEL<br>411 SEVENTH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:14<br><br><br>CLAIM:  3,156.65<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1458 |
| **SYNCHRONY BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br><br>SEATTLE, WA  98124-3978 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  2,292.73<br>COMMENT:  NUM NT/SCH*COMENITY*PAYPAL | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8956 |
| **PADGETT LAW GROUP**<br>6267 OLD WATER OAK RD STE 203<br><br>TALLAHASSEE, FL  32312 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NEW PENN FINANCIAL DBA SHELLPOINT MRTG/POA | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |