| | | 7526 |
|---|---|---|
| C & K Healthcare Advisors | | 8-8722/2430 |
| 243 Burch Drive | | |
| Moon Township, PA 15108 | Date | March 27, 2023 |

PAY to the order of  Ronda J Winnecour, Chapter 13 Trustee                $ 16,000

Sixteen Thousand and                                                      00/100  Dollars

Clearview FCU

FOR  Chapter 13 Payment

⑈007526⑈  ⑆243083237⑆  853892854⑈

