# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
4/6/23 2:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-21827-GLT |
| | : | Chapter: | 13 |
| Paul R Castner | : | | |
| | : | Date: | 4/5/2023 |
| *Debtor(s).* | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**     #102 - Trustee's Certificate of Default Requesting Dismissal of Case
       #104 - Response filed by Debtor
       #106 - Proposal to Cure Plan Defaults
       #112 - Documentary proof of Payment made on 3/27/2023 in the amount of $16,000

[# 110 Conciliation hearing held. Contested Confirmation Hearing requested - Lack of payments. From 3/2/2023 conciliation conference. No payments since May 2022]

**APPEARANCES**:
    Debtor:    Louis R. Pomerico [Paul Castner]
    Trustee:   James Warmbrodt

**NOTES:**   [9:06]

Warmbrodt: Did not see proof of payment when reviewing the case - office had not received it.

Castner: Cash sent certified mail, currently in the mail on the way to trustee's office in Illinois. Provided information regarding source of funds to Attorney Pomerico's office.

Warmbrodt: Continue out 60 days to confirm the receipt of funds.

Court: Would like affidavit submitted detailing source of the funds.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. No. 102] is continued to May 31, 2023 at 9 a.m. Further, on or before April 20, 2023, the Debtor shall file an affidavit disclosing the source of the lump sum payment made on 3/27/2023. Within seven (7) days of the chapter 13 trustee's receipt of the lump sum payment and confirmation of good funds, the parties shall meet an confer to jointly submit a proposed form of order under certification of counsel that adjusts plan payments going forward (as needed). Provided that the Debtor complies with this Order and continues to make complete and timely plan payments, the chapter 13 trustee may withdraw her *Certificate of Default Requesting Dismissal of Case* [Dkt. No. 102] and request that the May 31, 2023 hearing be canceled. [Chambers to Issue].

**DATED:** 4/5/2023