**COMMONWEALTH OF PA**           :
                                                      : SS.
**COUNTY OF LAWRENCE**           :

## AFFIDAVIT

I, **PAUL R. CASTNER**, being duly sworn according to law, deposes and says the source of funds in the amount of $16,000.00 paid to Ronda J. Winnecour, Chapter 13 Trustee, on March 27, 2023, regarding Bankruptcy Case No. 18-21827, were received from my employment at C & K Healthcare Advisors, specifically a commission received from the sale of an annuity.

                                                                       Paul R. Castner

Sworn to and subscribed before me

this 11th day of April, 2023.

_____
Notary Public

My Commission Expires:

```
Commonwealth of Pennsylvania - Notary Seal
Susan Perrotta, Notary Public
Lawrence County
My commission expires June 15, 2023
Commission number 1127903
Member, Pennsylvania Association of Notaries
```