# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| PAUL R. CASTNER, | : |
|  | : CASE NO. 18-21827-GLT |
| DEBTOR, | : |
|  | : CHAPTER 13 |
| RONDA J. WINNECOUR, CHAPTER 13 | : |
| TRUSTEE, | : DOCUMENT NO. 118 |
|  | : |
| MOVANT, | : |
|  | : |
| VS. | : |
|  | : |
| PAUL R. CASTNER, | : |
|  | : |
| RESPONDENTS. | : |

## DEBTOR'S DECLARATION IN RESPONSE TO
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Louis Pomerico, Esquire, counsel for the Debtor, hereby confirm that I have reviewed the Notice of Mortgage Payment Change, which reflects an increase to the escrow mortgage payment. As Debtor's Plan is sufficiently funded to cover this payment, no amended plan will be necessary. Accordingly, I hereby consent to the new post petition payment (escrow) to NewRez LLC d/b/a Shellpoint Mortgage Servicing effective June 1, 2023, in the amount of $562.84 per month, from the current payment of $516.32, per the Notice dated April 12, 2023.

Dated: May 9, 2023

/s/ *Louis Pomerico, Esquire*
Louis Pomerico, Esquire
PA. I.D. NO. 22855
Attorney for Debtor
2910 Wilmington Road
New Castle, PA   16105
(724) 658-7759
info@pomericolaw.com