FILED
5/8/23 11:41 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Case No. 18-21827-GLT |
| | : | |
| **PAUL R. CASTNER**, | : | Chapter 13 |
| | : | |
| *Debtor*. | : | Related to Dkt. Nos. 102, 104, 106, 112 |
| | : | |

**AMENDED ORDER OF COURT**

This matter came before the Court upon consideration of the *Trustee's Certificate of Default Requesting Dismissal of Case* ("Request for Dismissal") [Dkt. No. 102] and the responses thereto. A hearing on the matter was conducted on April 5, 2023. For the reasons stated on the record at the hearing, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that:

1. The Request for Dismissal is continued **May 31, 2023** at **9 a.m.**

2. On or before **April 20, 2023**, the Debtor shall file an affidavit disclosing the source of the lump sum payment made to the chapter 13 trustee on March 27, 2023.

3. Within seven (7) days of the chapter 13 trustee's receipt of the lump sum payment, and confirmation of good funds, the parties shall meet and confer to jointly submit a proposed form of order under certification of counsel that adjusts plan payments going forward (as needed).

4. Provided that the Debtor complies with the terms of this *Order*, and continues to make complete and timely plan payments, the chapter 13 trustee may withdraw her Request for Dismissal and further request that the May 31, 2023 hearing be canceled.

[*The remainder of this page is left intentionally blank.*]

5. If the Debtor does not timely comply with paragraphs 1-4 of this *Order*, the Court may dismiss this case, with or without prejudice, and without further notice or hearing upon the submission of an affidavit of non-compliance by the chapter 13 trustee or any party-in-interest.

Dated: May 8, 2023

**GREGORY L. TADDONIO**
**CHIEF UNITED STATES BANKRUPTCY JUDGE**

{00034877 - 4/7/2023 10:06 AM}

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21827-GLT |
| Paul R Castner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 10, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul R Castner, 243 Burch Dr., Coraopolis, PA 15108-3113 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 10, 2023          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 8, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor KeyBank  N.A. pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Louis R. Pomerico | on behalf of Debtor Paul R Castner info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 2 of 2 |
| Date Rcvd: May 08, 2023 | Form ID: pdf900 | Total Noticed: 1 |

cmecf@chapter13trusteewdpa.com

TOTAL: 6