Case 18-21827-GLT    Doc 122    Filed 06/01/23    Entered 06/01/23 13:30:23    Desc Main
Document    Page 1 of 1

FILED
6/1/23 12:47 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-21827-GLT |
| | : | Chapter: | 13 |
| Paul R Castner | : | | |
| | : | | |
| | : | Date: | 5/31/2023 |
| *Debtor(s)*. | : | Time: | 09:00 |

## PROCEEDING MEMO

**MATTER:**   #102 - Continued Trustee's Certificate of Default Requesting Dismissal of Case
  #104 - Response filed by Debtor
  #106 - Proposal to Cure Plan Defaults
  #112 - Documentary proof of Payment made on 3/27/2023 in the amount of $16,000
  #116 - Affidavit Regarding Source of Funds

  [#110 Conciliation hearing held. Contested Confirmation Hearing requested - Lack of payments. From 3/2/2023 conciliation conference. No payments since May 2022]

**APPEARANCES**:
  Debtor:   Louis R. Pomerico [Paul Castner]
  Trustee:   Owen Katz

**NOTES:**   [9:15]

Court: Since last hearing, nothing on the docket suggesting that the funds were received by the trustee. No stipulation either.

Katz: Check was not received. Attempted to track the check, and it was somewhere in Texas at that point. Still no payment since August 2022. Currently owes $21,555.

Castner: Has canceled the check and will send a new check to a new updated address.

Court: Check was sent in March, concerned that it has taken this long. Need to send ASAP, or inclined to dismiss case.

**OUTCOME:**

1) For the reasons stated on the record, the *Trustee's Certificate of Default Requesting Dismissal of Case* [Dkt. No. 102] is GRANTED. The case is DISMISSED without prejudice. Should the Debtor remit sufficient funds to cure the existing plan arrears of $21,155 within 14 days of this Order, the Court may reconsider this Order upon submission of a suitable motion accompanied by proof of receipt of funds by the chapter 13 trustee. [Text order; DB to also enter form dismissal].

**DATED:** 5/31/2023