Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Paul R Castner**  :  Case No. 18−21827−GLT
*Debtor(s)*  :  Chapter: 13
:
:
:
:  Related to Docket No. 102
:

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

　　　*AND NOW,* this **The 1st of June, 2023,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

　　　(1)　The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

　　　(2)　Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

　　　(3)　The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

　　　(4)　The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21827-GLT |
| Paul R Castner | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 01, 2023 | Form ID: 309 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 03, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul R Castner, 243 Burch Dr., Coraopolis, PA 15108-3113 |
| 14827377 | | Ditech, Attn: Bankruptcy, Po Box 6172, Rapid City, SD 57709 |
| 14880435 | | Ditech Financial LLC, P.O. Box 6154, Rapid City, SD 57709-6154 |
| 14863528 | + | KeyBank, N.A. as SBM to First Niagara Bank, N.A., 4910 Tiedeman Rd., Brooklyn, OH 44144-2338 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 00:44:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jun 02 2023 00:39:00 | NewRez LLC d/b/a Shellpoint Mortgage Servicing, NewRez LLC DBA Shellpoint Mortgage Servi, P.O. Box 10826, GREENVILLE, SC 29603-0826 |
| 14878727 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 02 2023 00:44:16 | CVI SGP-CO Acquisition Trust C/O Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14827371 | + | EDI: CAPITALONE.COM | Jun 02 2023 04:33:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14870779 | | Email/PDF: bncnotices@becket-lee.com | Jun 02 2023 00:44:21 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14827372 | + | EDI: CITICORP.COM | Jun 02 2023 04:33:00 | Citibank/The Home Depot, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14827373 | + | EDI: WFNNB.COM | Jun 02 2023 04:33:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14827374 | + | EDI: WFNNB.COM | Jun 02 2023 04:33:00 | Comenity Capital/mprc, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14827375 | + | EDI: CCS.COM | Jun 02 2023 04:33:00 | Credit Collections Services, Attention: Bankruptcy, 725 Canton Street, Norwood, MA 02062-2679 |
| 14827376 | + | EDI: CCUSA.COM | Jun 02 2023 04:33:00 | Credit Collections USA, LLC, 16 Distributor Drive, Suite 1, Morgantown, WV 26501-7209 |
| 14879687 | + | Email/Text: kburkley@bernsteinlaw.com | Jun 02 2023 00:40:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14827379 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 02 2023 00:39:00 | First National Bank, Attn: Tina, 1620 Dodge St Mailstop 4440, Omaha, NE 68197 |
| 14831643 | | Email/Text: collecadminbankruptcy@fnni.com | Jun 02 2023 00:39:00 | First National Bank of Omaha, 1620 Dodge Street, Stop code 3105, Omaha, NE 68197 |
| 14850589 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | | |

Case 18-21827-GLT   Doc 125   Filed 06/03/23   Entered 06/04/23 00:29:31   Desc
Imaged Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: 309 | Total Noticed: 38 |

| | | | |
|---|---|---|---|
| | | Jun 02 2023 00:39:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 14827378 | + Email/Text: collectionbankruptcies.bancorp@53.com | | |
| | | Jun 02 2023 00:40:00 | Fifth Third Bank, Attn: Bankruptcy Department, 1830 E Paris Ave Se, Grand Rapids, MI 49546-8803 |
| 14827380 | + EDI: WFNNB.COM | | |
| | | Jun 02 2023 04:33:00 | Kay Jewelers, Attn: Bankruptcy, Po Box 1799, Akron, OH 44309-1799 |
| 14827381 | + Email/Text: key_bankruptcy_ebnc@keybank.com | | |
| | | Jun 02 2023 00:40:00 | Keybank Na, 4910 Tiedman Road, Brooklyn, OH 44144-2338 |
| 14827382 | + Email/Text: PBNCNotifications@peritusservices.com | | |
| | | Jun 02 2023 00:39:00 | Kohls/Capital One, Kohls Credit, Po Box 3120, Milwaukee, WI 53201-3120 |
| 14879696 | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | Jun 02 2023 00:44:51 | LVNV Funding, LLC its successors and assigns as, assignee of NCOP Capital III, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14875078 | + Email/Text: bankruptcydpt@mcmcg.com | | |
| | | Jun 02 2023 00:39:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14879668 | EDI: PRA.COM | | |
| | | Jun 02 2023 04:33:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14827678 | + EDI: RECOVERYCORP.COM | | |
| | | Jun 02 2023 04:33:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14869323 | EDI: Q3G.COM | | |
| | | Jun 02 2023 04:33:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14876243 | EDI: Q3G.COM | | |
| | | Jun 02 2023 04:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14870318 | EDI: Q3G.COM | | |
| | | Jun 02 2023 04:33:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14880377 | + Email/Text: bncmail@w-legal.com | | |
| | | Jun 02 2023 00:40:00 | SYNCHRONY BANK / Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14904723 | Email/Text: mtgbk@shellpointmtg.com | | |
| | | Jun 02 2023 00:39:00 | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |
| 14879666 | + EDI: RMSC.COM | | |
| | | Jun 02 2023 04:33:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14827383 | + EDI: RMSC.COM | | |
| | | Jun 02 2023 04:33:00 | Synchrony Bank/ Old Navy, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14827384 | + EDI: RMSC.COM | | |
| | | Jun 02 2023 04:33:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14827385 | + EDI: RMSC.COM | | |
| | | Jun 02 2023 04:33:00 | Synchrony Bank/Lowes, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14827386 | + EDI: RMSC.COM | | |
| | | Jun 02 2023 04:33:00 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 14827387 | + EDI: VERIZONCOMB.COM | | |
| | | Jun 02 2023 04:33:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Springs, MO 63304-2225 |
| 14873413 | EDI: AIS.COM | | |
| | | Jun 02 2023 04:33:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 34

# BYPASSED RECIPIENTS

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 01, 2023 | Form ID: 309 | Total Noticed: 38 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | DITECH FINANCIAL LLC |
| cr | | KeyBank, N.A. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | * | Shellpoint Mortgage Servicing, P.O. Box 10675, Greenville, SC 29603-0675 |

TOTAL: 2 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 03, 2023        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 1, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DITECH FINANCIAL LLC bnicholas@kmllawgroup.com |
| Garry Alan Masterson | on behalf of Creditor KeyBank  N.A. pitecf@weltman.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jbluemle@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Louis R. Pomerico | on behalf of Debtor Paul R Castner info@pomericolaw.com pmcarr1920@outlook.com;loupom@aol.com;r50803@notify.bestcase.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 6