# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>PAUL R CASTNER<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-21827 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/04/2018 and confirmed on 08/01/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 69,823.79 |
| Less Refunds to Debtor | 14.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 69,809.24 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 2,313.72 | |
|    Trustee Fee | 3,218.15 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,531.87 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP | 0.00 | 55,399.59 | 0.00 | 55,399.59 |
|   Acct: 7026 | | | | |
| NEW PENN FINANCIAL LLC D/B/A SHELLP | 21,495.64 | 1,988.70 | 0.00 | 1,988.70 |
|   Acct: 7026 | | | | |
| FIFTH THIRD BANK | 6,889.08 | 6,889.08 | 0.00 | 6,889.08 |
|   Acct: 3782 | | | | |
| KEYBANK NA S/B/M FIRST NIAGARA BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 7842 | | | | |
| | | | | 64,277.37 |
| **Priority** | | | | |
| LOUIS POMERICO ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL R CASTNER | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| PAUL R CASTNER | 14.55 | 14.55 | 0.00 | 0.00 |
|   Acct: | | | | |
| POMERICO AND DIMEO | 2,450.00 | 2,313.72 | 0.00 | 0.00 |
|   Acct: | | | | |

| 18-21827 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

* * * N O N E * * *

| Unsecured | | | | |
|---|---|---|---|---|
| MIDLAND FUNDING LLC | 2,976.79 | 0.00 | 0.00 | 0.00 |
| Acct: 2037 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1534 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LL | 2,563.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7924 | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 1,609.67 | 0.00 | 0.00 | 0.00 |
| Acct: 4556 | | | | |
| QUANTUM3 GROUP LLC - AGENT MOMA T | 1,248.99 | 0.00 | 0.00 | 0.00 |
| Acct: 1331 | | | | |
| CREDIT COLLECTION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0430 | | | | |
| CREDIT COLLECTIONS USA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3501 | | | | |
| FIRST NATIONAL BANK OF OMAHA(*) | 2,483.40 | 0.00 | 0.00 | 0.00 |
| Acct: 8000 | | | | |
| CVI SGP-CO ACQUISITION TRUST | 204.91 | 0.00 | 0.00 | 0.00 |
| Acct: 1676 | | | | |
| CAPITAL ONE NA** | 549.05 | 0.00 | 0.00 | 0.00 |
| Acct: 2178 | | | | |
| SYNCHRONY BANK | 518.36 | 0.00 | 0.00 | 0.00 |
| Acct: 3982 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,256.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0594 | | | | |
| SYNCHRONY BANK | 1,609.65 | 0.00 | 0.00 | 0.00 |
| Acct: 4896 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8953 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 379.41 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 309.88 | 0.00 | 0.00 | 0.00 |
| Acct: 6033 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 3,156.65 | 0.00 | 0.00 | 0.00 |
| Acct: 1458 | | | | |
| SYNCHRONY BANK | 2,292.73 | 0.00 | 0.00 | 0.00 |
| Acct: 8956 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 8953 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KERI P EBECK ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PADGETT LAW GROUP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                                                          64,277.37

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 28,384.72 |
| UNSECURED | 22.159.72 |

Date: 06/30/2023

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com